DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

M.W.M.,

Appellant,

v.

R.D., C.D., DEPARTMENT OF CHILDREN AND FAMILIES, and
STATEWIDE GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D2025-1569

_____

October 1, 2025

Appeal from the Circuit Court for Hillsborough County; Lisa Denise
Campbell, Judge.

Anthony B. Marchese of Anthony B. Marchese, Esquire, Tampa, for
Appellant M.W.M.

Angela B. Wright , Lutz, for Appellee R.D.

Thomas John Butler of Thomas Butler, P.A., Miami, for Appellee C.D.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J.
Lee, Assistant Director of Appeals, Statewide Guardian ad Litem
Office, Tallahassee, for Appellee Statewide Guardian ad Litem Office.

Mary Matthews Soorus, Children's Legal Services, Tampa, for Appellee
Department of Children and Families.

PER CURIAM.

    Affirmed.


KELLY, KHOUZAM and ROTHSTEIN YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.